# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| KINEDYNE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08-CV-00755-DGK |
| | ) |
| MULTIPRENS USA, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION OF DEFENDANT MULTIPRENS USA, INC. TO STAY

COMES NOW defendant Multiprens USA, Inc. and moves this Court for a stay of this action pending the Patent and Trademark Office's reexamination of the patents-in-suit. Defendant incorporates its contemporaneously filed Memorandum of Law in Support of its Motion to Stay.

WHEREFORE, defendant requests that this action be stayed until a final determination of the reexamination proceedings pending before the Patent and Trademark Office.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s Patrick J. Whalen
Patrick J. Whalen, # 45594
Kyle L. Elliott, #49145
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
pwhalen@spencerfane.com
kelliott@spencerfane.com

WA 1137297.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2009, I caused a copy of the foregoing document to be served by electronic filing upon the following:

>Marshall G. MacFarlane, Esq.
>Young Basile
>301 East Liberty, Suite 700
>Ann Arbor, MI 48104
>
>David V. Clark, Esq.
>Travis W. McCallon, Esq.
>Lathrop & Gage, LC
>2345 Grand Avenue, Suite 2800
>Kansas City, MO 64108-2684
>
>ATTORNEY FOR PLAINTIFF
>KINEDYNE CORPORATION

/s Patrick J. Whalen
Attorney for Defendant
Multiprens USA, Inc.